[No. 18032-4-II.   Division Two.   March 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD
K. MARSHALL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-1-00714-9, James D. Roper, J., entered March 4, 1994. *Reversed* by unpublished opinion per Wiggins, J. Pro Tem., concurred in by Bridgewater, J., and Fleisher, J. Pro Tem.

[Nos. 18068-5-II; 18069-3-II.   Division Two.   March 8, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. MARK F.
EWING, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 93-1-00321-1 and 93-1-00322-0, Paula Casey, J., entered February 25, 1994. *Reversed* by unpublished opinion per Turner, J., concurred in by Houghton, A.C.J., and Bridgewater, J.

[No. 18348-0-II.   Division Two.   March 8, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. DONALD H.
TURPIN, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 94-1-00063-5, Gordon Godfrey, J., entered May 20, 1994. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 18372-2-II.   Division Two.   March 8, 1996.]

DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*, v.
WALKENHAUER & ASSOCIATES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-2-02172-2, M. Karlyn Haberly, J., entered May 25, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Armstrong, JJ.